Law Office of M Sean Cydrus, LLC
4449 Easton Way, Second Floor
Columbus, OH 43219

**Invoice for Services**: Tony L Edwards

| Professional Service | Chapter 13 Case # 16-50808 |
| --- | --- |
| | Rate/Hrs    Total |
| January 26, 2017 | Client CORR Re; Turning in Lease/Options |
| | $275/0.35    $96.25 |
| January 27, 2017 | Client CORR Re: Questions regarding how lease will affect payments/over mileage |
| | $275/0.50    $137.50 |
| January 30, 2017 | Client CORR: "Rolling Over" Lease deficiencies, options, questions |
| | $275/0.50    $137.50 |
| February 16, 2017 | Client CORR Re: Process for option application to incur and lease vs. purchase |
| | $275/0.40    $110.00 |
| February 28, 2017 | Client CORR: Decision to not purchase |
| | $275/0.15    No Charge |
| March 8, 2017 | Client CORR: Questions about payment reduction |
| | $275/0.15    $41.25 |
| March 10, 2017 | Client CORR: Reviewed current pay, discussed budget, reviewed payments for each option |
| | $275/0.75    $206.25 |
| March 13, 2017 | Received Consent for MTM |
| | $275/0.10    No Charge |
| March 14, 2017 | Prepared Amended I and J, Prepared Motion to Modify Plan |
| | $275/1.0    $275.00 |
| March 15, 2017 | Client CORR: Status of Lease turn-in |
| | $275/0.15    No Charge |

| Date | Description | Rate/Hours | Charge |
|---|---|---|---|
| March 15, 2017 | Prepared Amended Wage Order | $275/0.25 | No Charge |
| March 24, 2017 | Reviewed Response filed by Trustee | $275/0.20 | No Charge |
| March 27, 2017 | Client CORR: Discussed response, answered questions | $275/0.25 | No Charge |
| March 27, 2017 | Prepared Amended Motion to Modify | $275/0.50 | $137.50 |
| April 6, 2017 | Client CORR: Payroll questions and discussed when Order granting Motion will be uploaded | $275/0.20 | No Charge |
| April 21, 2017 | Client CORR: Order granting MTM filed | $275/.10 | No Charge |
| April 25, 2017 | Preparation of Application to incur | $275/0.40 | No Charge |

Total New Charges

*Staff Summary*

| Position | Hours | Rate | Total New Charges |
|---|---|---|---|
| Attorney | 5.95 | $275.00 | $1,141.25 |
| Fees and Expenses | | $38.27 | $38.27 |
| | | | $1,179.52 |